IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                                             CIVIL ACTION NO. 4:24-cv-66-DMB-JMV

BLANTON ENTERPRISES, LLC;
ETOIL BLANTON; PEGGY JOANN BLANTON; AND
STEFANIE MICHELLE BENSON                              DEFENDANTS

**CONSENT JUDGMENT**

The United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration, and Defendants stipulate and consent to the entry of this $121,412.76 judgment entered against Defendants jointly and severally. The parties stipulate and consent to the entry of this joint and several judgment in favor of the United States of America against Defendants on the basis of violations of the False Claims Act, 31 U.S.C. § 3729-3733 in the sum of $121,412.76 which includes $118,507.76 for the Paycheck Protection Program loan forgiveness amount (Loan No. 4160558500); $2,500.00 for the bank processing fee; and $405.00 for the court filing fee. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until the paid in full, but without costs to either party. Defendants agree that the sum owed, $121,412.76 plus interest, is due and payable in full immediately. Defendants further agree to pay the $405.00 court filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendants pay to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt

shall also be included in the Treasury Offset Program so that any federal monies owed to Defendants will be credited to Defendants' outstanding debt.

IT IS SO ORDERED this 17th day of October 2024.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

_____
Samuel D. Wright – MS BAR #101425
J. Luke Benedict - MS BAR #102992
Assistant United States Attorneys
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford, MS 38655-3608
Telephone: (662) 234-3351
E-Mail: samuel.wright@usdoj.gov
E-Mail: luke.benedict@usdoj.gov
*Attorneys for Plaintiff*

APPROVED BY:

_____
EDWARD J. BOGEN, JR., MS BAR # 3611
McGee and Bogen
P.O. Drawer 31
110 Fourth Street
Leland, Mississippi 38756
Telephone: 662-686-2381
Email: joshbogen@aol.com
*Attorney for Defendants*

Of Counsel:

Tannehill Carmean, PLLC
829 North Lamar Boulevard
Oxford, Mississippi 38655
Telephone: (662) 236-9996

AGREED TO:

*Etoil Blanton*
ETOIL BLANTON, Individually, and on behalf of
Blanton Enterprises, LLC

*Peggy JoAnn Blanton*
PEGGY JOANN BLANTON, Individually, and on behalf of
Blanton Enterprises, LLC

*Stefanie M. Benson*
STEFANIE MICHELLE BENSON, Individually, and on behalf of
Blanton Enterprises, LLC

10/3/24

*Rachel L. Green*

STATE OF MISSISSIPPI
RACHEL L. GREEN
NOTARY PUBLIC
Grenada County
Commission Expires
June 21, 2026
COMMISSION NUMBER 124458